UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH BOSTWICK,

          Case No. 2:19-cv-10194

    Plaintiff,            Judge Bernard A. Friedman

v.                          Magistrate Judge Anthony P. Patti

SODECIA USA
AUTOMOTIVE CORP., *et al.*,

    Defendants.

_____/

## **ORDER GRANTING PLAINTIFF'S MOTION TO QUASH (DE 11)**

      This is an employment disability discrimination case. Currently before the Court is Plaintiff's July 31, 2019 motion to quash Defendants' subpoenas issued to JLK Services, LLC and the U.S. Postal Service, and/or for a protective order precluding enforcement and compliance with subpoena, and motion to require Defendants to provide 14 days prior notice of any intent to serve future subpoenas in this case. (DE 11.) Defendants have filed a response, and Plaintiff has filed a reply. (DEs 15, 17.) The parties have also filed a related joint statement of resolved / unresolved issues. (DE 18.)

      Judge Friedman referred this motion to me for hearing and determination, and a hearing was held on August 23, 2019, at which attorneys Joey S. Niskar and

Tracey L. Robertson appeared.  (DEs 13, 16.)  The Court entertained oral argument on the motion, after which the Court issued its ruling from the bench.

For the reasons stated on the record, all of which are incorporated herein by reference, Plaintiff's motion (DE 11) is **GRANTED**.  The subpoenas issued to the USPS and JLK Services, LLC are hereby quashed.  Moreover, for any future subpoenas the Defendants may issue in this case, Defendants must first deliver a copy of any proposed subpoena to Plaintiff's counsel at least 14 days before the subpoena is mailed, placed into the hands of a process server or transmitted by electronic means for delivery to the target recipient.

**IT IS SO ORDERED.**

**Dated:**  June 20, 2019  s/*Anthony P. Patti*
Anthony P. Patti
U.S. MAGISTRATE JUDGE